# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( )

| | |
|---|---|
| Case No. CR 03-01257(A)-RSWL | Date July 21, 2008 |

Present: The Honorable   Ronald S.W. Lew, Senior United Stated District Judge

| Kelly Davis/Renee Fisher | Walter Ledge | April Christine / Martin Estrada |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|
| Rachel Lee Meyer - Present | Ken Behzadi | | | x | n/a |

**PROCEEDINGS:      SENTENCING AND JUDGMENT**

_____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.      __X__ Refer to separate Judgment Order.

_____ Imprisonment for __years/months__ on each of counts _____

Count(s) _____ concurrent/consecutive to count(s) _____

Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

_____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

_____ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

_____ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

_____ Perform _____ hours of community service.

_____ Serve _____ in a CCC/CTC.

_____ Pay $_____ fine amounts & times determined by P/O.

_____ Make $_____ restitution in amounts & times determined by P/O.

_____ Participate in a program for treatment of narcotic/alcohol addiction.

_____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

_____ Other conditions: _____

_____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

_____ Pay $_____ per count, special assessment to the United States for a total of $_____

_____ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

__X__ Government's motion on all remaining count(s) of the underlying indictment is granted by the Court.

__X__ Defendant informed of right to appeal.

_____ ORDER sentencing transcript for Sentencing Commission.      _____ Processed statement of reasons.

__X__ Bond exonerated _____ upon surrender _____ upon service of _____

_____ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

__X__ Defendant ordered released from custody.

__X__ Issued Release Order      #D10057

_____ Present bond to continue as bond on appeal.      _____ Appeal bond set at $_____

__X__ Filed and distributed judgment. ENTERED.

__X__ Other  $300.00 special assessment fee to be returned in due course.

                                                                    : 14

Initials of Deputy Clerk   KD/RF

cc: